IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN DURAND, et al.,

    Plaintiffs,                        No. CIV S-09-2038 JAM KJM PS

    vs.

CANDICE STEPHENSON, et al.,

    Defendants.                <u>ORDER</u>

_____/

        A status conference was held in this matter on December 16, 2009, before the undersigned. Plaintiffs Edwin and Madelaine Durand appeared in propria persona. Glenn Peterson appeared for defendant. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made no later than December 30, 2009.

        2. Discovery, including the hearing of discovery motions, shall be completed by May 5, 2010. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

        3. Expert disclosures shall be made at the times provided under Federal Rule of Civil Procedure 26(a)(2)(C).

4. Dispositive motions, other than discovery motions, shall be noticed to be heard by June 16, 2010.

5. The pretrial conference is set for July 21, 2010 at 3:00 p.m. before the Honorable John A. Mendez. Pretrial statements shall be filed in accordance with Local Rule 16-281.

6. Trial of this matter is set for September 20, 2010 at 9:00 a.m. before the Honorable John A. Mendez. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: December 16, 2009.

U.S. MAGISTRATE JUDGE

006
durand.oas

2