IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN DURAND, et al.,

      Plaintiffs,                  No. CIV S-09-2038 JAM KJM PS

   vs.

CANDICE STEPHENSON, et al.,

      Defendants.             ORDER

                             /

         Plaintiffs have submitted documents in response to the order to show cause. Many of the documents have been redacted. Good cause appearing, IT IS HEREBY ORDERED that no later than August 27, 2010, plaintiffs shall submit for <u>in camera</u> review unredacted versions of plaintiffs' Exhibits one, six, seven, and nine (docket no. 37) and the e-mail attached as Exhibit A to Defendants' Reply (docket no. 39).

DATED: August 20, 2010.

                                                       _____
                                                       U.S. MAGISTRATE JUDGE

006
durand.red

1