IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN DURAND, et al.,

              Plaintiffs,                    No. 2:09-cv-2038 JAM CKD PS

     vs.

CANDICE STEPHENSON, et al.,

              Defendants.              ORDER

_____/

          By order filed June 29, 2012, defendants were afforded an opportunity to file a response to plaintiffs' motion for relief no later than August 6, 2012.  Plaintiffs have requested an opportunity to file a reply.

          Accordingly, IT IS HEREBY ORDERED that reply, if any, shall be filed no later than August 13, 2012.

 Dated: July 24, 2012

                                             _____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

4
durand.2038.rep

1