IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN DURAND, et al.,

    Plaintiffs,                    No. 2:09-cv-2038 JAM CKD PS

    vs.

CANDICE STEPHENSON, et al.,

    Defendants.                <u>ORDER</u>

_____/

        By order filed June 29, 2012, defendants were afforded an opportunity to file a response to plaintiffs' motion for relief no later than August 6, 2012.  Plaintiffs have requested an opportunity to file a reply.

        Accordingly, IT IS HEREBY ORDERED that reply, if any, shall be filed no later than August 13, 2012.

Dated: July 24, 2012

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

4
durand.2038.rep