UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURAND et al, )<br>)<br>) | |
| ) | Civ.S-09-2038 JAM CKD |
| vs. )<br>) | |
| STEPHENSON, et al ) | |
| ) | **<u>MINUTE ORDER</u>** |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

```
IT IS BY THE COURT ORDERED that the clerk shall seal document #70 on
the docket sheet in this action.
```

Dated: 2/6/2013

                                               Victoria C. Minor,  Clerk
                                               By:

                                                        /s/
                                         _____
                                         H. A. Vine
                                         Courtroom Clerk