**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DURAND et al,** | ) | |
| | ) | |
| | ) | **Civ.S-09-2038 JAM CKD** |
| **vs.** | ) | |
| | ) | |
| **STEPHENSON, et al** | ) | |
| | ) | **MINUTE ORDER** |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

```
IT IS BY THE COURT ORDERED that the clerk shall seal document #70 on

the docket sheet in this action.
```

Dated:  2/6/2013

Victoria C. Minor,  Clerk
By:

/s/
_____
H. A. Vine
Courtroom Clerk